[No. 13297-1-I. Division One. January 27, 1986.]

TOM F. KELLY, ET AL, *Plaintiffs,* CHARLES A. BOWLIN, ET AL, *Appellants,* v. PROVIDENCE WASHINGTON INSURANCE COMPANY OF ALASKA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-07211-7, Arthur E. Piehler, J., entered June 6, 1983. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Williams and Webster, JJ.

[No. 14815-0-I. Division One. January 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES DANIEL DAVENPORT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03634-4, James A. Noe, J., entered June 1, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Webster, JJ.

[No. 15172-0-I. Division One. January 27, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RODOLFO V. MOLINA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00686-9, Shannon Wetherall, J., entered July 27, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Ringold and Coleman, JJ.